

# Court of Appeals
## Sixth Appellate District of Texas

# J U D G M E N T

Taj Ramel Lee, Appellant

No. 06-24-00089-CR      v.

The State of Texas, Appellee

Appeal from the 6th District Court of Lamar County, Texas (Tr. Ct. No. 30504). Panel consists of Chief Justice Stevens and Justices van Cleef and Rambin. Memorandum Opinion delivered by Justice van Cleef.

As stated in the Court's opinion of this date, we find there was partial error in the judgment of the court below. Therefore, we modify the trial court's judgments to reflect that Lee pled "Not True" to the State's second punishment-enhancement allegation. As modified, we affirm the judgments of the trial court.

We note that the appellant, Taj Ramel Lee, has adequately indicated his inability to pay costs of appeal. Therefore, we waive payment of costs.

RENDERED MAY 8, 2025
BY ORDER OF THE COURT
SCOTT E. STEVENS
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk